No. 02–7752. TARAMONA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7765. PEEPLES v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 02–8142. WILLIAMS v. ROY O. MARTIN LUMBER CO., L. L. C. C. A. 5th Cir. Certiorari denied.

No. 02–8176. STEELE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8177. JACKSON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–8183. SPRINKLE v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 02–8186. CASSANO v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–8192. RANKINE v. SERVER ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–8198. REED v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–8203. LADNER v. COURTESY IMPORTS, INC., ET AL. Sup. Ct. Nev. Certiorari denied.

No. 02–8204. LEWIS v. HALL, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 02–8207. BUTLER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8208. ARMANT v. LENSING, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–8212. BRYSON ET AL. v. JOHNSTON, JUDGE, SUPERIOR COURT OF NORTH CAROLINA, MECKLENBURG COUNTY, ET AL. C. A. 4th Cir. Certiorari denied.